UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JULIANA M. WADE, | ) | No. 4-06-CV-0168 JLH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| GENERAL MOTORS CORPORATION, | ) | |
| GMC MOTORS DIVISION and OTHER | ) | |
| GENERAL MOTORS DIVISIONS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER FOR DISMISSAL

Pursuant to the stipulation of counsel for the parties, the above-entitled is dismissed with prejudice and without further costs to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 22nd day of December, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE